IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| State Farm Mutual, et al<br>　　　　　Plaintiff | )<br>)<br>) |
| vs | ) Civil No. 00-2118 |
| Stewart L. Quinn, et al<br>　　　　　Defendant | )<br>)<br>) |

ORDER OF COURT

AND NOW, to wit, this 24th day of June, 2006, it appearing to the Court that the above-captioned case has been terminated with no appeals pending and upon agreement of counsel, IT IS HEREBY ORDERED that the following pleading, impounded in the Office of the Clerk of Court be destroyed by the Clerk:

Document: Arbitration Award

_____
Arthur J. Schwab
U.S. District Judge